**FILED**

11/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0555

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0555

---

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

STEPHANIE LYNN LEDOUX,

      Defendant and Appellant.

---

**GRANT**

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 21, 2022, to prepare, file, and serve the Appellant's opening brief.

